USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYKHAILO PECHERYTSIA,

  Plaintiff,

-against-

CAPITAL ONE BANK (USA), N.A., et al,

  Defendants.

19-CV-6771 (JGK) (BCM)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

  Due to a conflict in the Court's calendar, the settlement conference scheduled for January 15, 2020, is ADJOURNED to **Wednesday, January 29, 2020, at 2:15 p.m.** All other provisions of the Order Scheduling Settlement Conference (Sched. Order) (Dkt. No. 47) remain in effect, including the requirements that, no later than **January 22, 2019**, (1) the parties conduct "at least one good-faith settlement discussion, in person or by telephone, and that each party convey to each opposing party at least one good-faith settlement demand or offer," Sched. Order ¶ 2; (2) each party submit a confidential settlement letter to chambers by email, containing the updated status of the parties' settlement negotiations to date, as well as any other new pertinent information likely to be helpful to the settlement process, *id*. ¶ 3; and (3) each party submit the Acknowledgment Form attached to the Court's Scheduling Order to chambers by email, and serve in on all other parties, identifying the individuals who will attend the settlement conference. *Id*. ¶ 4.

Dated: New York, New York
   December 17, 2019

          **SO ORDERED**.

          _____
          **BARBARA MOSES**
          **United States Magistrate Judge**