UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYKHAILO PECHERYTSIA,

    Plaintiff,

-against-

CAPITAL ONE BANK (USA), N.A., et al,

    Defendants.

19-CV-6771 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    All parties having requested to appear by telephone at the settlement conference on January 29, 2020 (*see* Dkt. Nos. 51, 55, 58, 60), it is hereby **ORDERED** that the conference will be held telephonically. The parties are directed to set up a conference call and contact chambers, 212-805-0228, at 2:00 p.m. on January 29, 2020, with instructions on joining the conference. All other provisions of the Order Scheduling Settlement Conference (Sched. Order) (Dkt. No. 47) remain in effect, including the requirements that, no later than **January 22, 2019**, (1) the parties conduct "at least one good-faith settlement discussion, in person or by telephone, and that each party convey to each opposing party at least one good-faith settlement demand or offer," Sched. Order ¶ 2; (2) each party submit a confidential settlement letter to chambers by email, containing the updated status of the parties' settlement negotiations to date, as well as any other new pertinent information likely to be helpful to the settlement process, *id*. ¶ 3; and (3) each party submit the Acknowledgment Form attached to the Court's Scheduling Order to chambers by email, and serve in on all other parties, identifying the individuals who will attend the settlement conference. *Id*. ¶ 4.

    The Clerk is respectfully directed to close the motion at Dkt. No. 60.

Dated: New York, New York
       January 9, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2020