**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MYKHAILO PECHERYTSIA,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.;<br>EQUIFAX INFORMATION SERVICES,<br>LLC; EXPERIAN INFORMATION<br>SOLUTIONS, INC.; and TRANS<br>UNION, LLC,<br><br>Defendants. | Case No.: 1:19-cv-06771<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 2-4-20 |

## ORDER FOR DISMISSAL

Upon review of the Parties' Stipulation for Dismissal with prejudice of Defendant Equifax Information Services, LLC and good cause appearing,

IT IS ORDERED that the Stipulation is GRANTED.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Information Services, LLC, with the parties to bear their own costs and attorneys' fees.

**IT IS ORDERED**

2/4/20

_____
Judge John G. Koeltl